# IN THE UNITED STATES DISTRICT COURT
## for the Western District of New York

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | NOVEMBER 2021 GRAND JURY (Impaneled 11/5/2021) |
| *-vs-* | **INDICTMENT** |
| **BENJAMIN BOLTON** | Violations: Title 18, United States Code, Section 875(c) |
| | (3 Counts) |

### COUNT 1

**(Threats by Interstate Communications)**

**The Grand Jury Charges That:**

On or about April 10, 2022, in the Western District of New York, and elsewhere, the defendant, **BENJAMIN BOLTON**, did knowingly, willfully, and unlawfully, and for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, transmit a communication in interstate commerce, that is, a post on the internet social networking site "Twitter," which contained threats to injure the person of another, specifically, members of the Amherst Police Department, stating "Fictionally speaking, I'm going to kill a bunch of Amherst cops in front of their families."

**All in violation of Title 18, United States Code, Section 875(c).**

## COUNT 2

**(Threats by Interstate Communications)**

**The Grand Jury Further Charges That:**

On or about April 10, 2022, in the Western District of New York, and elsewhere, the defendant, **BENJAMIN BOLTON**, did knowingly, willfully, and unlawfully, and for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, transmit a communication in interstate commerce, that is, a post on the internet social networking site "Instagram," which contained threats to injure the person of another, specifically, members of the Amherst Police Department, stating "Fictionally speaking, it's time to kill a bunch of Amherst cops in front of their families."

**All in violation of Title 18, United States Code, Section 875(c).**

## COUNT 3

**(Threats by Interstate Communications)**

**The Grand Jury Further Charges That:**

On or about April 10, 2022, in the Western District of New York, and elsewhere, the defendant, **BENJAMIN BOLTON**, did knowingly, willfully, and unlawfully, and for the purpose of issuing a threat and with knowledge that the communication would be viewed as a threat, transmit a communication in interstate commerce, that is, a post on the internet social networking site "Instagram," which contained threats to injure the person of another,

specifically, members of the Amherst Police Department, stating "Fictionally speaking, it's time for this building to be blown up with all the cops and judges inside."

**All in violation of Title 18, United States Code, Section 875(c).**

DATED:  Buffalo, New York, April 19, 2022.

TRINI E. ROSS
United States Attorney
Western District of New York

BY: **s/Sean C. Eldridge**
SEAN C. ELDRIDGE
Assistant United States Attorney
Western District of New York
United States Attorney's Office
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3953
Sean.Eldridge@usdoj.gov

A TRUE BILL:

**s/Foreperson**
FOREPERSON